IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARRIOUS HANSON,

      Appellant,

v.                                                                      Case No.  5D15-4517

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 8, 2016

3.800 Appeal from the Circuit Court
for Orange County,
Timothy R. Shea, Judge.

Darrious A. Hanson, Live Oak, pro se.

No Appearance for Appellee.


PER CURIAM.

      APPEAL DISMISSED.  *See Adams v. State*, 800 So. 2d 741 (Fla. 5th DCA 2001).


EVANDER, BERGER and EDWARDS, JJ., concur.